164 So.2d 353

**Raymond E. LEACH, Ind., etc.**

**v.**

**INSURANCE COMPANY OF the STATE OF PENNSYLVANIA et al.**

No. 47269.

May 27, 1964.

In re: Raymond E. Leach, Ind., etc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 161 So.2d 920.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

SANDERS, J., is of the opinion that a writ should be granted.